# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re BICOM NY, LLC, et al.,

                Debtors.

-------------------------------------------------------------X

CRAIG R. JALBERT, in his capacity as the Liquidation Trustee,

                Plaintiff-Appellant,          20 **CIVIL** 8022 (JSR)

      -against-                                **JUDGMENT**

IRINA GRAYAZNOVA,

                Defendant-Appellee.

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 26, 2021, the Bankruptcy Court's order granting summary judgment in favor of Irina Grayaznova is hereby affirmed.

**Dated:**  New York, New York
           July 27, 2021

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                                  **BY:**
                                                  Deputy Clerk